STATE OF NEW JERSEY v. AARON MORRISON.

December 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK McLAUGHLIN.

December 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK EASTERLING.

December 16, 1982.

Petition for certification denied.

WALI D. MUHAMMAD v. ELIJAH TARD, JR.

December 16, 1982.

Petition for certification denied.

COUNTY OF BERGEN v. C. RAIMONDO & SONS
CONSTRUCTION CO., INC.

December 16, 1982.

Petition for certification denied.